**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

ROBERT JEFFREY BRADY                                                                                PLAINTIFF
ADC #116780

v.                                    NO. 5:14CV00103 JLH/BD

RAY HOBBS, et al.                                                                                   DEFENDANTS

## ORDER

On March 20, 2014, Robert Jeffrey Brady, an Arkansas Department of Correction inmate, filed this lawsuit pro se under 42 U.S.C. § 1983. Brady named Dr. Crowell as a defendant. Summons for defendant Crowell has been returned unexecuted. Document #47.

Brady was directed to provide the Court with a valid service address for defendant Crowell on or before June 23, 2015, and was cautioned that failure to obtain timely service of process would result in dismissal of claims against this defendant. Document #52. Brady has not responded to the Court's Order and the time for doing so has passed.

Because Brady has been unable to locate and serve defendant Crowell within the time allowed under the Federal Rules of Civil Procedure, claims against this defendant are DISMISSED, without prejudice. Fed. R. Civ. P. 4(m).

IT IS SO ORDERED this 30th day of June, 2015.

_____
UNITED STATES DISTRICT JUDGE