## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**ROBERT JEFFREY BRADY**
**ADC #116780**                                                                                   **PLAINTIFF**

**V.**                          **CASE NO. 5:14-CV-103 JLH/BD**

**RAY HOBBS, et al.**                                                                             **DEFENDANTS**

### ORDER

The Court has received a Recommended Disposition ("Recommendation") filed by Magistrate Judge Beth Deere. After careful review of the Recommendation, the timely objections, as well as a *de novo* review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Brady's claims against Defendants Williams, Glover, Griffin, Kelley, and King are DISMISSED, without prejudice.

IT IS SO ORDERED this 16th day of December, 2015.

_____
UNITED STATES DISTRICT JUDGE