IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**ROBERT JEFFREY BRADY**
**ADC #116780**                                                                                                  **PLAINTIFF**

V.                              **CASE NO. 5:14-CV-103 JLH/BD**

**RAY HOBBS, et al.**                                                                                       **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED this 16th day of December, 2015.

_____
UNITED STATES DISTRICT JUDGE